1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ECKERMAN, an individual | ) Case No. 2:13-cv-00186-GMN-PAL |
| Plaintiff(s), | ) **JOINT STIPULATION AND ORDER TO** |
| | ) **DISMISS CASE** |
| vs. | ) |
| OPINION CORP., a New York Corporation; | ) |
| DOES I-X individuals; ROES I-X companies | ) |
| Defendant(s). | ) |

COMES NOW Plaintiff Michael Eckerman and Defendant Opinion Corp., who, by and through their counsel, stipulate and state the following:

Opinion Corp is legally immune from liability for all claims presented in the complaint. See 47 U.S.C. § 230.

IT IS HEREBY STIPULATED AND AGREED that Defendant Opinion Corp. shall be dismissed with prejudice from the above-entitled action.

///
///
///
///
///

1

1    IT IS FURTHER STIPULATED AND AGREED that Plaintiff Michael Eckerman and

2  Defendant Opinion Corp. shall each bear their own attorneys' fees and costs.

3

4  Dated: March 7, 2013                         Respestfully submitted,

5

6                                    Marc J. Randazza, Esq., NV Bar # 12265
                                     Ronald D. Green, NV Bar # 7360
7                                    J. Malcolm DeVoy, NV Bar #11950
                                     Randazza Legal Group
8                                    *Attorneys for Defendant Opinion Corp.*
                                     6525 W. Warm Springs Rd., Ste. 100
9                                    Las Vegas, NV 89118
                                     888-667-1113; 305-437-7662 (fax)
10                                   ecf@randazza.com

11

12  Dated: March 7, 2013

13                                   Neil Ackerman, Esq., NV Bar # 9950
                                     Ackerman & Nold
14                                   *Attorneys for Plaintiff Michael Eckerman*
                                     624 S 10th Street
15                                   Las Vegas, NV 8910
                                     702-262-1651
16

17

18                                      **ORDER**

19       IT IS HEREBY ORDERED that Defendant Opinion Corp. is dismissed from the above-

20  entitled action with prejudice and that Plaintiff Michael Eckerman and Defendant Opinion Corp.

21  shall each bear their own attorneys' fees and costs.

22       **DATED** this 8th day of March, 2013.

23

24

25                                   Gloria M. Navarro
                                     United States District Judge
26

27

28

                                      2
                              *Stipulation to Dismiss*