1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8

MICHAEL ECKERMAN, an individual          )    Case No. 2:13-cv-00186-GMN-PAL

9                                          )

Plaintiff(s),                              )    **JOINT STIPULATION AND ORDER TO**

10                                         )    **DISMISS CASE**

11  vs.                                    )
                                           )
12  OPINION CORP., a New York Corporation; )
    DOES I-X individuals; ROES I-X companies )
13                                         )
    Defendant(s).                          )
14                                         )

15

COMES NOW Plaintiff Michael Eckerman and Defendant Opinion Corp., who, by and

16

through their counsel, stipulate and state the following:

17

Opinion Corp is legally immune from liability for all claims presented in the complaint.

18

19  See 47 U.S.C. § 230.

20

IT IS HEREBY STIPULATED AND AGREED that Defendant Opinion Corp. shall be

21

dismissed with prejudice from the above-entitled action.

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

1

1    IT IS FURTHER STIPULATED AND AGREED that Plaintiff Michael Eckerman and

2  Defendant Opinion Corp. shall each bear their own attorneys' fees and costs.

3

4  Dated: March 7, 2013                                    Respectfully submitted,

5

6                                          Marc J. Randazza, Esq., NV Bar # 12265
                                           Ronald D. Green, NV Bar # 7360
7                                          J. Malcolm DeVoy, NV Bar #11950
                                           Randazza Legal Group
8                                          *Attorneys for Defendant Opinion Corp.*
                                           6525 W. Warm Springs Rd., Ste. 100
9                                          Las Vegas, NV 89118
                                           888-667-1113; 305-437-7662 (fax)
10                                         ecf@randazza.com

11

12 Dated: March 7, 2013

13                                         Neil Ackerman, Esq., NV Bar # 9950
                                           Ackerman & Nold
14                                         *Attorneys for Plaintiff Michael Eckerman*
                                           624 S 10th Street
15                                         Las Vegas, NV 8910
                                           702-262-1651
16

17                                       **ORDER**

18
       IT IS HEREBY ORDERED that Defendant Opinion Corp. is dismissed from the above-
19
   entitled action with prejudice and that Plaintiff Michael Eckerman and Defendant Opinion Corp.
20
   shall each bear their own attorneys' fees and costs.
21

22
       **DATED** this 8th day of March, 2013.
23

24

25                                         _____
                                           Gloria M. Navarro
26                                         United States District Judge

27

28